USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/09

BERMAN 5.

Judith A. Archer (JA-4446)
Sarah E. O'Connell (SO-0928)
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000
Facsimile: (212) 318-3400

*Attorneys for Defendant*, Fulcrum Power Services LP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLIPPER WONSILD TANKERS
HOLDING A/S and KYLIE SHIPPING
COMPANY LTD.,

        Plaintiffs,

-against-

BIODIESEL VENTURES, LLC, FULCRUM
POWER SERVICES LP AND
NAOTIONAL BIOFULES LP,

        Defendants.

---

09-CV-9092 (RMB)

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs and Defendant Fulcrum Power Services L.P. ("Fulcrum") that Fulcrum shall have until December 23, 2009, to respond to the Complaint herein; and it is

**FURTHER STIPULATED AND AGREED** that a facsimile signature for the purposes of this Stipulation shall be deemed as an original signature.

65346079.1

Dated: New York, New York
November 17, 2009

| PLAINTIFFS CLIPPER WONSILD TANKERS HOLDING A/S AND KYLIE SHIPPING COMPANY, LTD. | DEFENDANT FULCRUM POWER SERVICES L.P. |
|---|---|
| By: /s/ Claurisse C. Orozco <br> Claurisse Campanale-Orozco (CO-3581) <br> Tisdale Law Offices, LLC <br> One Grand Central Place <br> 60 East 42nd Street, Suite 1638 <br> New York, New York 10165 <br> Tel.: (212) 354-0025 <br> Fax: (212) 869-0067 | By: /s/ Judith A. Archer <br> Judith A. Archer (JA-4446) <br> Sarah E. O'Connell (SO-0928) <br> FULBRIGHT & JAWORSKI L.L.P. <br> 666 Fifth Avenue <br> New York, New York 10103 <br> Tel.: (212) 318-3000 <br> Fax: (212) 318-3400 |

See Court's Rules regarding Filing of motions (which are to be joint).

**SO ORDERED:**

RMB
U.S.D.J.
11/19/09

-2-