UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
CLIPPER WONSILD TANKERS
HOLDING A/S and KYLIE SHIPPING
COMPANY LTD.
              Plaintiffs,                         09 cv 9092 (DC)
                                                       ECF Case

   - against -

BIODIESEL VENTURES, LLC,
FULCRUM POWER SERVICES Lp, and
NATIONAL BIOFUELS Lp

              Defendant.
------------------------------------------------------X

## PROOF OF SERVICE OF AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 4(1), the Plaintiff hereby make proof of service to the Court. Plaintiff has attached hereto as Exhibit 1 a true and accurate copy of an Affidavit of Service dated December 2, 2009 indicating that service of the Verified Amended Complaint was made upon Fulcrum Power Services, L.P. c/o The Office of the Secretary of the State on December 2, 2009.

                                              Plaintiffs
                                              CLIPPER WONSILD TANKERS
                                              HOLDING A/S and KYLIE SHIPPING
                                              COMPANY LTD.,

                    By: _____
                          Claurisse Campanale-Orozco (CC 3581)
                          Thomas L. Tisdale (TT 5263)
                          TISDALE LAW OFFICES LLC
                          One Grand Central Place
                          60 East 42nd Street, Suite 1638
                          New York, NY 10165
                          (212) 354-0025 – phone
                          (212) 869-0067 – fax
                          corozco@tisdale-law.com
                          ttisdale@tisdale-law.com

# EXHIBIT 1

| | |
|---|---|
| CLIPPER WONSLID TANKERS HOLDING A/S AND KYLIE SHIPPING COMPANY LTD. | Index #: 09 CV 9092 (RMB) |
| Plaintiff(s) | |
| - against - | Date Filed: |
| BIODIESEL VENTURES, LLC ETAL | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |
| | Attorney File #1: 07-04-1759 |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 2, 2009 at 12:15 PM at

THE OFFICE OF THE SECRETARY OF STATE
99 WASHINGTON AVENUE
ALBANY, NY 12210

deponent served the within two true copies of the VERIFIED AMENDED COMPLAINT on FULCRUM POWER SERVICES L.P., the defendant/respondent therein named,

**SECRETARY OF STATE**  by delivering two true copies to DONNA CHRISTIE personally, an agent in the office of the Secretary of State of the State of New York and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 121109 REVISED LIMITED PARTNERSHIP ACT LAW and tendering the required fee of $40.00.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 35 | 5'5 | 145 |

Sworn to me on: December 2, 2009

| Linda Forman | Robin Forman | Larry Yee | STEVEN C. AVERY |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2013 | Commission Expires July 26, 2013 | Docket #: 679355 |